**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00445-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSE LUIS ZAPATA-NEVANEZ,

       Defendant.

_____

**ORDER**
_____

Upon Government's Response to Defendant's Motion for Consecutive Term Imprisonment Pursuant to 18 U.S.C. § 1028A (sic) (Doc 75), it is

ORDERED that Defendant's Motion (Doc 73) is DENIED.

                                                      BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED: June 4, 2008